IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00986-OES

CYNTHIA PINKEY,
    Plaintiff,

v.

JOE ORTIZ – Director,
NOBLE WALLACE – Warden,
KEN SALAZAR – Attorney General,
C/O HADOCK – Correctional Officer, and
SHEILA BARNHARD – Inmate,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2005

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Plaintiff Cynthia Pinkey is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility in Denver, Colorado. On June 22, 2005, Magistrate Judge O. Edward Schlatter ordered Ms. Pinkey to file an amended pleading on the Court's Prisoner Complaint form. On July 1, 2005, Ms. Pinkey filed a Prisoner Complaint, a motion asking the Court to waive the filing fee in this action, and a document titled "Dismiss Without Prejudice" in which she asks the Court to dismiss the instant action.

The Court must construe the document titled "Dismiss Without Prejudice" liberally because Ms. Pinkey is representing herself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the document titled "Dismiss Without Prejudice" liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the document titled "Dismiss Without Prejudice" filed on July 1, 2005, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 1, 2005, the date the document titled "Dismiss Without Prejudice" was filed in this action. It is

FURTHER ORDERED that the motion to waive the filing fee filed on July 1, 2005, is denied. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 11 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-00986-OES

Cynthia R. Pinkey
Prisoner No. 89688
DWCF
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/11/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk